UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21046-LEIBOWITZ

KATHERINE RHOADES,

Plaintiff,

v.

OCEANIA CRUISES LTD., a Bermuda Company,
d/b/a OCEANIA CRUISES,

Defendant.
_________________________________/

**[PROPOSED] ORDER GRANTING JOINT MOTION FOR ENLARGEMENT OF TIME TO FILE PROPOSED ORDER SCHEDULING MEDIATION**

THIS MATTER is before the Court on the parties' Joint Motion for an Enlargement of time to File a Proposed Order scheduling Mediation as Required by the Court's Scheduling Order [D.E. 21], and the Court being fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that the Motion is Granted. The Parties shall have an additional 20 days to jointly file by September 21, 2026, the joint Proposed Order scheduling Mediation required by the Court's Scheduling Order [D.E. 21].

DONE and ORDERED in Chambers in Miami, Florida, on this ___ day of August 2026.

_________________________________
DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record