UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-cv-21046-LEIBOWITZ

KATHERINE RHOADES,

Plaintiff,

v.

OCEANIA CRUISES LTD, a Bermuda Company,
d/b/a OCEANIA CRUISES,

Defendant.
____________________________________/

**DEFENDANT'S NOTICE TO STRIKE E-FILING D.E. 32]**

Defendant, OCEANIA CRUISES LTD., ("Oceania"), by and through the undersigned counsel, hereby files this Notice to Strike Defendant's Response to Plaintiff's Request for Entry Upon Land and Inspection of The Morne Gazo Site [D.E. 32].

Dated: August 31, 2026
Miami, Florida

Respectfully submitted,

**FOREMAN FRIEDMAN, P.A.**

BY: ***/s/ Michael C. Gordon***

Jeffrey E. Foreman, Esq.
Florida Bar No. 0240310
jforeman@fflegal.com
Michael C. Gordon, Esq.
Florida Bar No. 149284
mgordon@fflegal.com
Charles Perez, Esq.
Florida Bar No. 1068712
cperez@fflegal.com

One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555
Fax: 305-374-9077
*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of August, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

BY: *<u>/s/Michael C. Gordon</u>*
Michael C. Gordon, Esq.

**SERVICE LIST**

Daniel W. Singer, Esq.
dsingeresq@aol.com
Michael A. Hoffman, Esq.
MAHoffman@1800askfree.com
litigation@1800askfree.com
ndvorak@1800askfree.com
David W. Singer & Associates, P.A.
1011 South Federal Highway
Hollywood, FL 33020
954-920-1571
*Counsel for Plaintiff*

Jeffrey E. Foreman, Esq.
jforeman@fflegal.com
kfehr@fflegal.com
Michael C. Gordon, Esq.
mgordon@fflegal.com
gkalimullina@fflegal.com
drobinson@fflegal.com
Charles Perez, Esq.
cperez@fflegal.com
FOREMAN FRIEDMAN, PA
One Biscayne Tower, Suite 2630
2 South Biscayne Boulevard
Miami, FL 33131
Phone: 305-358-6555

Fax: 305-374-9077
*Attorneys for Defendant*